UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**MARTHA BEGBIE, individually and
as Personal Representative of the Estate
of DAVID BEGBIE, Deceased**

      **Plaintiff,**

v.

**METROPOLITAN LIFE INSURANCE
COMPANY and ACS IT SOLUTIONS, LP,**

      **Defendants.**
_____/

Case No. 05-70780

HONORABLE DENISE PAGE HOOD

## JUDGMENT

In accordance with the Order entered this date, and the Court having entered an Order dismissing this matter;

Accordingly, judgment is entered in favor of Defendants Metropolitan Life Insurance Company and ACS IT Solutions, LP and against Plaintiff.

                                              DAVID J. WEAVER
                                              CLERK OF THE COURT

Approved:                                    By: s/ Wm. F. LEWIS
                                                         Deputy Clerk

/s/ Denise Page Hood
DENISE PAGE HOOD
United States District Judge

DATED: January 31, 2006

Detroit, Michigan